UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. MATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARTLAND PAYMENT SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 3:09-cv-00376-IEG-RBB<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND STAYING PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Pursuant to the Parties' Stipulation Extending Time for Defendant to Respond to Complaint and Staying Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation,

IT IS HEREBY ORDERED that the time for Defendant Heartland Payment Systems, Inc. to answer, move, or otherwise respond to the complaint is adjourned in light of Heartland's motion before the Judicial Panel on Multidistrict Litigation to transfer this matter for coordinated or consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407 and, if the motion to transfer is granted, until such time as set by

[

1 | the transferee court.
2
3 |     **IT IS SO ORDERED**.
4
5 | DATED: May 5, 2009
6
7 |                                          By: _____
8 |                                     IRMA E. GONZALEZ, Chief Judge
                                    United States District Court